UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

    Plaintiff

    v.

ADALBERTO REYES MALDONADO,
VIRGINIA SANTIAGO CRUZ and the
conjugal partnership constituted
by both

    Defendants

CIVIL NO. 96-2038 (HL)

FORECLOSURE OF MORTGAGE

### ORDER FOR CANCELLING JUNIOR LIENS

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby;

ORDERS, ADJUDGES and DECREES

that the following junior liens be and hereby cancelled insofar as they are liens upon the following described property and that said junior lienholders and all persons claiming or who may claim by, from or under it forever barred and foreclosed from all rights and equity of redemption in and to the real property herebelow described:

    Real Estate Property:

    RUSTICA: Parcela marcada con el número ocho A
    en el plano de parcelación de la comunidad
    rural El Guano del Barrio ARENAS, término
    municipal de Utuado, con una cabida
    superficial de CERO CUERDAS con DOS MIL




U.S. v. Adalberto Reyes Maldonado
Civil No. 96-2038(HL)
page 2

>NOVECIENTOS CUATRO DIEZ MILESIMAS de otra, equivalente a MIL CIENTO CUARENTA Y UNO punto VEINTITRES METROS CUADRADOS. LINDA: al Norte, con la parcela número ocho de la misma comunidad; por el Sur, con la parcela número siete de la misma comunidad; por el Este, con la parcela número ocho de misma comunidad; y por el Oeste, con un camino que separa los terrenos propiedad de Esteban Muriente. Contiene un edificio de concreto armado y bloques para fines residenciales, de una planta, con medidas de cuarenta y cinco pies por treinta y cuatro pies.
>
>Junior Liens:
>
>Hipoteca a favor del Banco Popular de Puerto Rico por $60,000.00, al prime rate y vence a la presentación y se tasa en $60,000.00, según escritura 32 otorgada en Utuado el 27 de febrero del 1990 ante el Notario Francisco J. Arraiza Donate, inscrito al folio 160 vuelto del tomo 328 de Utuado, finca 13275 inscripción 7ma. y última.
>
>EMBARGO FEDERAL: Contra Adalberto Reyes Maldonado por $2,934.39 anotado el 11 de febrero de 1983 al asiento 2 folio 23 del Libro número 1 número de notificación 080 405 83.

It is further ordered that the Clerk of this Court issue a Writ of Cancellation of Junior Liens ordering the Registrar of Property of the Registry of Utuado, Puerto Rico, to cancel the liens herein described from the records of the Registry, insofar as it affects the real property hereinabove described.

San Juan, Puerto Rico, this 18th day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE